1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOAN KIM THACH, ) | Case No. SACV 12-863 GAF (JC) |
| Plaintiff, ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| v. ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) ) | JUDGE |
| Defendant. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all of the records herein, including the parties' cross-motions for summary judgment and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that (1) the decision of the Commissioner of Social Security is affirmed; and (2) Judgment be entered accordingly.

///
///
///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2 Report and Recommendation, and the Judgment on counsel for the parties.
3  LET JUDGMENT BE ENTERED ACCORDINGLY.

5  DATED: January 15, 2013

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE